■ In the Matter of ALBERT F. MEILUTIS, Respondent, v JAMES M. GLIGORA, Appellant, and MARGUERITE TOOLE et al., Constituting the Board of Elections in the County of Monroe,

Respondents.—Order unanimously affirmed without costs. (Appeal from order of Supreme Court, Monroe County, Galloway, J.—Election Law.) Present—Callahan, J. P., Doerr, Boomer, Balio and Lawton, JJ. (Order entered Sept. 3, 1987.)